WILLIAM WALSH et al., Respondents, *v.* MARY E. McCLOSKEY, Appellant.

(Argued December 9, 1890; decided December 19, 1890.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made May 29, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Gerard B. Van Wart* for appellant.

*Patrick Keady* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.